UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                  :

NICOLE BLAKER,                      :
                                    :
                          Plaintiff,     :
                                    :                    23-CV-10543 (VSB)
                   -against-          :
                                    :                         **ORDER**

EMIL CAPITAL PARTNERS, AGENCY 7SEAS,  :
INC., and ROBERT WILLEY,          :
                                    :
                        Defendants.   :
                                    :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        On March 1, 2024, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil

Procedure 15(a)(1)(B).  (Doc. 23.)  "[W]hen a plaintiff properly amends [a] complaint after a defendant

has filed a motion to dismiss that is still pending, the district court has the option of either denying the

pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint."

*Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).  Accordingly, it is hereby:

        ORDERED that Defendants shall file a letter within seven (7) days deciding whether its motion

to dismiss should be deemed moot without prejudice to refile a new motion to dismiss in accordance with

Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendant's current motion to dismiss in

light of the facts alleged in the amended complaint.

SO ORDERED.

Dated:  March 4, 2024
       New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge