

| | Mia D. D'Andrea<br>Partner | Chapman and Cutler LLP<br>320 South Canal Street, 27th Floor<br>Chicago, Illinois  60606 |
|---|---|---|
| | | T 312.845.3000<br>D 312.845.3766<br>dandrea@chapman.com |

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  5/15/2024

Judge Vernon S. Broderick
U.S. District Court for the
   Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:      *Nicole Blaker v. Emil Capital Partners, et al.*
                 Case No. 1:23-cv-10543-VSB

Dear Judge Broderick:

      We are counsel to Emil Capital Partners, Agency 7Seas, Inc., and Robert Willey (collectively, *"Defendants"*). Pursuant to the Court's March 12, 2024 Order (Docket # 26), the current deadline for Defendants to file their Reply in support of their Motion to Dismiss Plaintiff's First Amended Complaint (the "Reply") is May 24, 2024.

      In accordance with Paragraph l(G) of your Honor's Standing Order, Defendants respectfully request an extension of time from May 24, 2024 to May 31, 2024 to file their Reply. Counsel for Defendants have depositions scheduled in another matter this week and next as well as travel plans that will not allow Defendants sufficient time to prepare their Reply.

      This is Defendants' first request for an extension of time to file its Reply, and Plaintiff has consented to this extension.

                                  Yours truly,

                                    CHAPMAN AND CUTLER LLP

                                    By   /s/ Mia D'Andrea
                                           Mia D. D'Andrea

cc:  All Counsel of Record (via ECF)