UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
 NICOLE BLAKER,                                         :
                                                        :
                                    Plaintiff,          :
                                                        :           23-CV-10543 (VSB)
                          -against-                     :
                                                        :           **ORDER AND NOTICE OF**
 EMIL CAPITAL PARTNERS, *et al.*,                       :           **INITIAL CONFERENCE**
                                                        :
                                    Defendants.         :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        This case has been assigned to me for all purposes.  It is hereby:

        ORDERED that the Court will not be holding an initial pretrial conference.

        IT IS FURTHER ORDERED that, by August 21, 2024 the parties submit a joint letter,

not to exceed three (3) pages, providing the following information in separate paragraphs:

   1.       A brief description of the nature of the action and the principal defenses
            thereto;

   2.       A brief explanation of why jurisdiction and venue lie in this Court.  If any
            party is a corporation, the letter shall state both the place of incorporation
            and the principal place of business.  If any party is a partnership, limited
            partnership, limited liability company or trust, the letter shall state the
            citizenship of each of the entity's members, shareholders, partners and/or
            trustees;

   3.       A brief description of all contemplated and/or outstanding motions;

   4.       A brief description of any discovery that has already taken place, and/or
            that which will be necessary for the parties to engage in meaningful
            settlement negotiations;

   5.       A brief description of prior settlement discussions (without disclosing the
            parties' offers or settlement positions) and the prospect of settlement;

   6.       The estimated length of trial; and

7.    Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:    August 7, 2024
          New York, New York

Vernon S. Broderick
United States District Judge