# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER [Δ]
BRENNA RABINOWITZ
RAYA F. SAKSOUK

[Δ] ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

April 4, 2025

**BY ECF**
Hon. Robert W. Lehrburger, U.S.M.J
500 Pearl Street, Room 18D
United States Courthouse
Southern District of New York
New York, New York 10007

SO ORDERED:
04/07/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Blaker v. Emil Capital Partners, et al.*, No. 1:23-cv-10543
      Status Letter Regarding the Mediation

Dear Magistrate Judge Lehrburger:

This firm represents Plaintiff Nicole Blaker in the above-captioned action. I write jointly with Defendants to update the Court on the status of the mediation. *See* ECF no. 51.

The parties have selected a JAMS mediator and are working to finalize a mediation date. The parties expect to have a confirmed date early next week and respectfully request to update the Court on or before Wednesday, April 9.

Respectfully submitted,

/s/

Scott Simpson